IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

NANCY LEE JACOB                                                                                              PLAINTIFF
ADC #751570

V.                                          NO: 1:11CV00029 JMM/HDY

DONALD ANDERSON *et al.*                                                                         DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against the Doe Defendants are DISMISSED WITHOUT PREJUDICE, and the names of the Does are removed as party Defendants.

DATED this 24th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE