IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

NANCY LEE JACOB                                                                                     PLAINTIFF
ADC #751570

V.                                           NO: 1:11CV00029 HDY

DONALD ANDERSON *et al.*                                                                 DEFENDANTS

## ORDER

On January 27, 2012, Defendants filed a motion for summary judgment, a brief in support, and a statement of facts (docket entries #30-#32). Although more than 14 days have passed, Plaintiff has not responded. On February 14, 2012, Defendants, citing Plaintiff's failure to respond, filed a motion to deem their statement of facts admitted. In light of Plaintiff's *pro se* status, Defendants' motion (docket entry #35) is DENIED, and Plaintiff is granted an additional 14 days to respond to Defendants' motion, to include a response to their statement of facts. Plaintiff's failure to do so will result in Defendants' statement of facts being deemed admitted. *See* Local Rule 56.1.

IT IS SO ORDERED this   14   day of February, 2012.

                                                                   UNITED STATES MAGISTRATE JUDGE